IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 12-30260-GPM ) ) |
| JOHN A. BRUMFIELD, | ) ) |
| Defendant. | ) |

FILED
NOV 14 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## STIPULATION OF FACTS

Comes now the United States of America, by and through its attorneys, Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, and George A. Norwood, Assistant United States Attorney, together with the defendant, JOHN A. BRUMFIELD, and his counsel of record, Todd Schultz, and herewith enter into the following stipulation of facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the defendant's relevant conduct.

Count 1

On July 3, 2012, in Centralia, Illinois, the Defendant knowingly and intentionally distributed a mixture and substance containing heroin to a confidential source working for law enforcement for $100. The distribution of heroin was recorded with the use of audio and video recording equipment. An Illinois State Police forensic chemist would testify that the substance distributed by the Defendant was less than .1 gram of heroin. The Defendant knew that the substance he distributed was a controlled substance.

Count 2-

On July 4, 2012, in Centralia, Illinois, the Defendant knowingly and intentionally distributed a mixture and substance containing heroin to a confidential source working for law enforcement for $100. The distribution of heroin was recorded with the use of audio and video recording equipment. An Illinois State Police forensic chemist would testify that the substance distributed by the Defendant was less than .1 gram of heroin. The Defendant knew that the substance he distributed was a controlled substance.

Centralia, Illinois, is within Marion County, which is within the Southern District of Illinois.

This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not an exhaustive account of the defendant's involvement in this criminal activity.

STEPHEN R. WIGGINTON
United States Attorney

_____
JOHN A. BRUMFIELD
Defendant

_____ for George Norwood
George A. Norwood
Assistant United States Attorney

_____
Todd Schultz
Attorney for Defendant

Date: 11-05-12

Date: 11.14.12

2